IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

TYLER DIVISION

| | | |
|---|---|---|
| ERNEST DEMARC FRAZIER, JR., #2106402 § | | |
| VS. § | | CIVIL ACTION NO. 6:17cv665 |
| J. WICKS, ET AL. § | | |

ORDER OF DISMISSAL

Plaintiff Ernest Demarc Frazier, Jr., an inmate confined in the Texas prison system, filed the above-styled and numbered civil rights lawsuit. The lawsuit was referred to United States Magistrate Judge John D. Love, who issued a Report and Recommendation concluding that case should be dismissed. Plaintiff has filed objections.

The Report of the Magistrate Judge, which contains proposed findings of fact and recommendations for the disposition of such action, has been presented for consideration, and having made a *de novo* review of the objections raised by Plaintiff, the court is of the opinion that the findings and conclusions of the Magistrate Judge are correct, and the objections by Plaintiff are without merit. Therefore, the court hereby adopts the findings and conclusions of the Magistrate Judge as the findings and conclusions of the court. It is accordingly

**ORDERED** that the complaint is **DISMISSED** pursuant to 28 U.S.C. § 1915A(b)(1) and Plaintiff's claims are **DISMISSED** with prejudice to their being asserted again until the *Heck v. Humphrey*, 512 U.S. 477, 486-87 (1994), conditions are met. It is finally

**ORDERED** that all motions not previously ruled on are hereby **DENIED**.

**SIGNED this the 10th day of August, 2018.**

_____
RICHARD A. SCHELL
UNITED STATES DISTRICT JUDGE