IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

TYLER DIVISION

| ERNEST FRAZIER JR. | § | |
|---|---|---|
| v. | § | CIVIL ACTION NO. 6:17cv665 |
| J. WICKS, ET AL. | § | |

**ORDER DENYING MOTION TO ALTER OR AMEND THE JUDGMENT**

The above-entitled and numbered civil action was referred to United States Magistrate Judge John D. Love. The lawsuit was dismissed on August 10, 2018. On September 4, 2018, the Plaintiff filed a motion to alter or amend the judgment.

The Report of the Magistrate Judge, which contains proposed findings of fact and recommendations for the disposition of this motion, has been presented for consideration. The Plaintiff filed objections. The court has conducted a *de novo* review of the objections raised by Plaintiff to the Report. The court concludes that the findings and conclusions of the Magistrate Judge are correct and adopts the same as the findings and conclusions of the court. It is accordingly

**ORDERED** that the Plaintiff's motion to alter or amend the judgment is **DENIED**. Fed. R. Civ. P. 59(e).

**SIGNED this the 27th day of March, 2019.**

_____
RICHARD A. SCHELL
UNITED STATES DISTRICT JUDGE